UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANGEL COLLADO,<br><br>               Petitioner,<br>      vs.<br>MATTHEW CATE,<br><br>               Respondent. | Case No. CV 11-296 CJC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: August 1, 2011

_____
HON. CORMAC J CARNEY
UNITED STATES DISTRICT JUDGE