JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANGEL COLLADO, | Case No. CV 11-296 CJC (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| MATTHEW CATE, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: August 1, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE